## **TABLE OF CONTENTS**

**EXHIBIT 4**

**Charles Erwin**

San Diego, CA 92116



SENT BY US MAIL - PRIORITY MAIL
TRACKING # 9405503699300402030888

9/30/2016

Citibank Customer Service
P.O. Box 6500
Sioux Falls, SD 57117

Re: Credit Card Account #          6659

Dear Citibank:

I have been receiving daily phone calls to my cell phone after I have told you to stop calling me.

Thank you,

Charles Erwin